U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 14 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Case 4:16-cv-00856-Y Document 1 Filed 09/14/16 Page 1 of 18 PageID 1

# Affidavit of Statement of Facts

By Jerry Clyde Schilling Sovereign Being 22April 1963

On or about the day of 7th July 2016 I am arrested and taken to the Tarrant County Jail. When I arrive at the jail and am booked in I am asked a series of questions some of them pertaining to my medical history and mental health.

I inform the lady that's asking the questions that I am a LMHA (Local Mental Health Association) patient and that I am diagnosed with "Schizoaffective Disorder" and "Bi Polar" and that I am on Medication for it but I don't have my medication with me. She asked me what were they giving you for it? I said Saraquill and Proparine. I then said that I'm not from this county and she said "that should not be a problem" "that its not nothing to make a phone call and have your meds that your prescribed Faxed to us." I said ok. Well that was around 60 days ago, and I still have not received one dose of either of my medications.

\*\*\*\* I know that I've wrote at least 40 or 50 sick call Request or Request for Services (Medical ✔) and have still not received my medications.

I have even been punished for writing a sick call Request and telling them LMHA or MHMR that I am going to report what they were doing to me to the Federal Authorities.

\*\*\*\* They came and got me from watching T.V. and took me and put me in a room that had urin and fecal matter smeared all over it and left me in there for hours. Then they brought my personal property and threw it in on the floor by the door. I had some laundry detergent in my property not very much so I used it to clean up as much urin and fecal matter as possible. A few hours later they came by with another mattress to replace

the one that had the urin and fecal matter all over it. After I'd wiped the area down where the urin fecal matter mattress had been I put the mattress cover that had been on the urin fecal matter floor onto the worn mattress that they brought me and laid down on it because I was exhausted from trying to clean up all the urin and fecal matter that was smeared all over the enther room execpt for the celling - he couldn't reach that. No sooner than I fall asleep they come over the inter-com and tell me "you be hymoved I think to myself (all of this wonton infliction of pain and suffering for just saying that I am going to report yu'll- LMHA or MHMR to the Federal Authorities for purposely withholding my prescribed medication from me.

That woman named Deniese was really mad. She's the one that had me placed into the urin fecal matter smeared cell. She works for LMHA or MHMR as a Theropist. I think thats how it's spelled. Please excuse my spelling its been quite some time since I was in school.

Anyway when they moved me from the urin fecal matter cell they moved me into one thats like a "Ice Box" yeah! from one extreme to another.

I've been in lock up for 5 days now behind that woman using her job and position of power to take full advantage over someone who's not only Disabled but a a total disadvantage "incorcerated."

Thats whats called Malum, Wrong; evil; wicked; reprehensible.

Please think about this: When a person raises animals and one of the animals starts behaving differently from the rest of the others, you seperate it. Right? Ok. But you

check on the one that you had to seperate because it was behaving differently even more frequently to see if it ok or doing worse. Right? ok.

Well <u>4 days after</u> I was put into the urin fecal matter cell and a whole lot of medical request to LMHA or MHMR, I was finally seen by a man named Gregg a Therapist for MHMR. I explained in explicit detail exactly what had taken place and I could tell that he was backing Denlese's call. I pleaded with him to please remove me from lock up because I'd done nothing to deserve this type of punishment. He just passed the buck - so to speak and said that it wasn't his call. Right! Why did it take

See what even makes the situation even worse (I know your probably thinking - how could it possibly get any worse than being placed into a cell that has urin and fecal matter smeared all over it?) Well please let me explain. As of 23 August 2016 <u>I am</u> representing myself in court <u>Pro Se</u>. <u>I am</u> my own attorney. So being in lock up I don't get to go to the Law Library, so I don't get the opportunity to prepare a adequate or proper defense. Yeah! I've got <u>numerous</u> Request for Services that I've sent addressed to the Law Library and what they write me back says "Cannot attend at this time due to housing." I can hear the judge already "Well who's fault is that?" Right! Come On. Rights Right and Wrong is Wrong and this is Wrong Period!

The Doctor for MHMR came into 56-B-6 cell yesterday evening and spoke with him and he's gone today. Yeah! She wouldn't even come over to my cell and speak to me at all.

Listen to this: The last time that I spoke with her do you know what she asked me? First of all let me ask you this question before I

4.

tell you what she asked me ok. Are you setting down? Because what she asked me might floor you. I nearly fell out. She say's "<u>Is there anyway that you can go and get your medication?</u>" I said lady incase you haven't noticed I'm in a green jumpsuit that has Tarrant County Jail on it. I then said - sure just tell them to let me out and I'll run go get it. Right. Come on! She's the Doctor for people <u>with mental problems</u>. Hello...!!! Is she taking her medication? This place is a "Mad House" For Real. That movie "One Flew Over The Cuckoo's Nest" I'm 100% Serious. Its bad.! She said ok you can go. I couldn't believe it, what my uncle had told me before he passed on had really been a true fact "that in your lifetime son there won't be enough sane people to take care of the insane people." I never really thought about it untill the Doctor told me that.

Whats being done to me goes <u>way beyond</u>: Maltreatment, or Medical malpractice. Its <u>Malo animo</u>: With an evil mind; <u>with a bad purpose or wrongful intention</u>; with malice. <u>Malum</u>: <u>Wrong; evil; wicked; reprehensible.</u> Its very easy to see that what the woman named Deniese did to me was both of the words: Malo animo and Malum. Mr. Gregg joined in too.

What I find truly amazing about this is this fact: When I mentioned to Ms. Deniese and Mr. Gregg that Mr. Jeff had helped me their whole demeanor changed from nice to mean! I'm 100% Serious. It was like I'd said the worst thing in the world. For Real. They became <u>angry</u>! You could see it - they had a glare in their eye's - A mean look.

5.

Ms. Deneise and Mr. Gregg work for MHMR through The Tarrant County Jail.

I am asking that criminal charges be brought against them and whoever else has had a hand in on the wonton infliction of pain and suffering that they've knowingly and intentionally caused me.

I am asking that Civil charges be filed as well under The Standing To Sue Doctrine: See Guidry v. Roberts, La. App., 331 So. 2d 44, 50.

The requirement of "standing" is satisfied if it can be said that the plaintiff has a legally protectible and tangible interest at stake in the litigation. I believe that my life is.

Also on the Civil Suit I believe that I've presented enough facts to qualify for the following: Medical malpractice:
(1) the existence of the physician's duty to the plaintiff, usually based upon the existence of the physician-patient relationship;
(2) the applicable standard of care and its violation;
(3) a compensable injury; and
(4) a causal connection between the violation of the standard of care and the harm complained of. "Maltreatment" Maltreatment. In reference to the treatment of a patient. This term signifies improper or unskillful treatment; it may result either from ignorance, neglect, or willfulness. They knew and know exactly what they are doing. Period!

\* I want them prosecuated to the fullest extent of the Law.

6.

**** Now I am asking that formal Criminal Charges be filed on them for breaking Federal Laws To Wit:
Amendment VIII [1791] nor cruel and unusual punishments inflicted.
If what they've done to me is not cruel or unusual punishments inflicted - what is? To go from watching T.V. - to being placed in a cell with urin and fecal matter smeared all over it. What is? (Please tell me.) I'd really like to know. For hours.'
Amendment XIV [1868] No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.
And good old Tarrant County joined in on it when they never asked me what had happened or did anything to intervene upon my behalf. They just took her word for it. I've never even had a major case since I was booked into The Tarrant County Jail on 7 July 2016 almost 60 days and the only time that I've been punished is when I said that I'm going to tell on the officers or Staff for Misconduct - Look for yourself. I'm not lieing - Let the Records Reflect.'
I am respectful, polite, courteous, kind and considerate of others. How is any of that bad or wrong. I don't even cuss. I hope and pray that you can and will help me in my pursuit of Justice. Please.
Well it's another night that I don't get to come out of my cell for the One hour till? At 11:45 at night (every night?)

7. 56-B-22 cell

On 1 September 2016 at 08:14 the nurse came around passing out medication, the guard that was with the nurse. At 08:20 I asked for the guards name that was with the nurse and they wanted to know why I Informed them that its for an Affidavit, and they said a Affidavit of What? and I said A Affidavit of Facts. They would not give me the guards name. They said that a supervisor would be around later today to talk to me.

Let the record reflect that they are still covering up for each other. The log book won't lie or not tell who's working here on 56-B on 1 September 2016 1st shift.

I really don't understand just how this works maby you can explain it to me. If a officer ask me my name and I don't or won't give it to him (They call that failure to ID) right? Yeah! But if I ask the officers name and they won't give it to me - It's ok. Now where'd the Equal Protection Of The Laws go on that one? Amendment XIV [1868] Hello! See the reason as to why I wanted the officers name is because I observed him being prejudice towards me. To Wit: He wouldn't even speak to me but when he went to the cells that had African Americans in them he really talked and joked with them. At: 08:40 Lt. Glover came and seen me about what was wrong. He just does that to apease me. Well it's not going to work again. This time he messed up - To Wit when I Informed him that the officer working wouldn't give me his name, he just said to look at the clock and write the time down. Wow. Instead of going into the control pocket and asking the officer's In there to just give me their names if anyone ask for it, he wants me to write the date and time down. At 09:04 I asked over the Inter-com if they would put me on the computer for Indigent they said they would. At 09:16 the officer that wouldn't give me his name came back in to do a walk through.

8.

<u>Affidavit, Statement of Facts</u>

At 0:8:28 on 1 September 2016 a officer (sgt.) (came over the speaker) ~~Upon my arrival~~ and told me that Lt. Glover had called and said that MHMR was the ones that had me placed on this floor. That there was nothing that they could do (only MHMR) could move me. I asked the Sgt. if I may have a <u>couple</u> of grievances and a couple of request forms. He tells me that he's read alot of my grievances and that 90% of them are complaints not grievances. What could he do for me? I asked him to contact MHMR. He said that they come up here on 2nd Shift.

✱ Here's another prime example of a blatend disregard of my Guaranteed Protected United States Constitution Amendment Rights being Violated To Wit: Amendment I [1791] And to petition the Government for a redress of grievances.

Well what I get from that is this: Tarrant County Jail is the Government and <u>I am</u> asking for a grievance form so that I may petition them as to whats being done to me while I am under their care.

Now is that the way you see it, or how do you see it? By them denying to give me a grievance form they are knowingly and intentionally violating the following Amendment To Wit: Amendment XIV [1868] nor deny to <u>any person</u> within its jurisdiction the equal protection of the laws.

Well the last time I checked <u>I am</u> still a person and the Tarrant County Jail is still within the jurisdiction of the United States of America. <u>Hello!</u>

So why am I being denyed equal protection of the laws. The laws that the Tarrant County officers swore to uphold and enforce??? Please tell me. Why?

9.

At 0:11:46 on 1 September 2016 A MHMR Woman came into 56-B-23 cell and would not take the Request For Services to LMHA from me. I begged her to please take it and she ignored my plea for help! The cameras won't lie! I begged her - Please Please take this. She just kept on walking to leave. I even raised my voice so I was sure that she heard me. Their Malum!

God sees and knows what they are doing to me. One day they will have to answer for it too. Amen!

\* By the way the Doctor lady who appears to be Asian is probably unaware of what's really being done to me. I don't think that she really knows where she's at. She more than likely just listens to what the other workers tell her and she does it.

Let me get something straight with you from now on so there won't be any doubt about my mental state as of now. Ok. I am competent or of a sound mind. I guarded a U.S. Embassy over seas and they don't just let anybody do that. I am very observant aware of my surroundings and whats going on. My spelling might not be the best, but I try. And I might be a little crazy, but I'm not stupid! I know for a Fact that God does see what they are doing to me and one day they will have to answer for it too!

I just keep praying that someone will have the courage and power to intervene on my behalf and stop them from subjecting me to their Wonton infliction of pain and suffering. Please Dear God Make Them Stop! Please!

At 16:27 on 1 September 2016 I gave both Medical Request (one to LMHA) the other to Medical to the guard who was with the nurse who was passing out medication and he handed them to the nurse. Yeah!

On 1 September 2016 No LMHA or MHMR worker ever came to see me!

10.

\*\*\*\*
\*\*\*\*

Please Help Me Dear U.S. Clerk. Please! I'm begging Please.

Praise God! ☺ Your Such A Awesome God! ☺

18:36, 1 September 2016 It was just revealed to me what Ms Denise and Mr. Gregg are doing to me: Tex. Penal Code § 37.10 (2016) Sec. 37.10. Tampering with Governmental Record.

(a) A person commits an offense if he:

(1) Knowingly makes a false entry in, or false alteration of, a governmental record;

(2) makes, presents, or uses any record, document, or thing with knowledge of its falsity and with intent that it be taken as a genuine governmental record;

(3) intentionally destroys, conceals, removes, or otherwise impairs the verity, legibility, or availability of a governmental record;

(4) possesses.

(5) makes, presents, or uses a governmental record with knowledge of its falsity; or

(6) possesses.

(c)(1) Except as provided by Subdivisions (2), (3), and (4) and by Subsection (d), an offense under this section is a Class A misdemeanor unless the actor's intent is to defraud or harm another, in which event the offense is a state jail felony.

(B) A written report of a medical for the purpose of determining the connection or relevance of the evidence to a criminal action;

\* (3) a felony of the ~~2nd~~ Second degree, notwithstanding Subdivisions (1) and (2), if the actor's intent in committing the offense was to defraud or harm another. And it was to harm me,

And it was by both of them!

I'm asking That Formal Criminal Charges Be Filed on my behalf. Please!

"Urgent!"

Dear United States Clerk,                                    30 August 2016

\*\*\*\*  I am Jerry Clyde Schilling a Sovereign Being and being as such
\*\*\*\*  I am invoking my Sovereign Right of Diplomatic Immunity Now!
\*\*\*\*  I am being illegally detained against my Sovereign Will.
\*       I am asking that you take whatever measures needed to have me
released by 2 U.S. Deputy Marshalls. Notice I said by 2 U.S.
Marshalls and not to the US Marshalls. I am asking that the 2
U.S. Marshalls come to wherever the County of Tarrant, State of
Texas has me held against my Sovereign Will at (the cell) and escort
me off of the property Immediately. Now.
The reason as to why I am asking that they come to exactly where
they have me confined at is because they've been knowingly and
\* intentionally inflicting pain and suffering upon me, and there is
\* no telling what they may try to do to me. They've already punished
\* me twice for saying that I'm going to report them to the Federal
\* Authorities for what they were doing to me.
What they are doing to me is called - Malum in se and it
needs to stop Now!
Please file a copy of "Declaration of Being Sovereign"
For future reference if needed.
\*\*\*\*  Please hurry because they are relentless in inflicting pain and
suffering upon me. Please. They are even denying me access to Courts. I've got nothing in my possession.

I am Jerry Clyde Schilling a Sovereign Being
                                    27 April 1963

Amor Vincit Omnia

## "Declaration of Being Sovereign"

On 27th April 1963, I Jerry Clyde Schilling was born a Sovereign Being. I was forced against my will at my Sovereign Birth to become a (Entity) or whats commonly known as a (Citizen of The United States of America.)

* By forcing me at my Sovereign Birth to become a (Entity) or a citizen of The United States of America is not only a blaten disreguard of my Sovereign Right but a direct violation of The Constitution of The United States of America. To Wit: Amendment XIII [1865]

Section 1. Neither Slavery nor Involuntary Servitude, except as punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

Section 2. Congress shall have power to enforce this article by appropriate legislation.

* By forcing me at my Sovereign Birth to become a part of the National Deficit or Debt, thats Involuntary Servitude, and
* the last time I checked The State of Texas is still within The United States of America and still subject to their jurisdiction.

This being Declared; I am Jerry Clyde Schilling a Sovereign Being
**** I am invoking my Sovereign Right of Diplomatic Immunity Now!

I Am Demanding To Be Released Immediately!

Sovereign Being Jerry Clyde Schilling
27 April 1963
Written on this 18th August 2016

## Verification of Unsworn Declaration

I, __Jerry Clyde Schilling__, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, #__0165895__, currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing __Declaration of Being Sovereign__ and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this __18th__ day of __August__, 20__16__.

_____
(Signature) Defendant pro se

__Jerry Clyde Schilling__
(Print Name)

CID #__0165895__   DOB __4/27/1963__

__100 N. Lamar Street__
Address:

__Fort Worth, Texas 76196__

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in **place of a written declaration sworn before a notary public.**

# REQUEST FOR SERVICES

DATE: 24 Aug 2016

CID #: 0165895  DOB: 27 April 1963

FROM: Jerry Clyde Schilling  LOCATION: 59-C-41 / 56B22

My F.B.I. # 878270EA4

TO: CIRCLE THE PERSON TO WHOM THIS REQUEST IS MADE

Burgers 71a22

| T.D.C. DESK | UNIT CAPTAIN | WATCH COMMANDER |
|---|---|---|
| CHAPLAIN | (LAW LIBRARY) | FOOD |
| NOTARY | PROPERTY OFF. | COMMISSARY |
| BANK OFFICER | MAIL OFFICER | CLASSIFICATION |
| MEDICAL | | DENTAL |
| COURT DATE | CHARGE(S) | BOND |
| CASE NUMBER | FINE | RELEASE DATE |
| OTHER Read This → | | |

**WRITE REQUEST HERE:**

On 23 August 2016 The Honorable Judge David Hagerman allowed me to be Pro Se (To Represent Myself) in Court. I Am 100% My Own Attorney Now and definately Need All the time I can get in the Law Library Please. Before I had a attorney on record - Now I don't.

Please Mrs. Salter or Mrs. James allow me as much time as Possible - Please. Thank Ya'll Very Much.

**ACTION TAKEN:** **CONTROL #**

Cannot attend due to housing Please tell me.

Dear US Clerk
And Now Mr. ~~Thomas R. Wilder~~ they've stopped me sending our Mail. For Real! What's next. ???

They were me to make one ~~Indigent so they can go and~~ read it!

REC'D AUG 25 2016
**ANSWERED**
AUG 30 2016

OFFICER  DATE

**REQUEST FOR SERVICES**　　DATE 25 August 2016

CID # 0165895　　DOB 27 April 1963

FROM: Jerry Clyde Schilling　　LOCATION 59-C-41 cell
　　　　PRINT YOUR NAME　　　　　Floor/Tank/Pod/Cell

My F.B.I # 878270EA4

TO:　CIRCLE THE PERSON TO WHOM THIS REQUEST IS MADE

L. Pruitt　69498　1850　8-25-16

| T.D.C. DESK | UNIT CAPTAIN | WATCH COMMANDER |
|---|---|---|
| CHAPLAIN | (LAW LIBRARY) ✓ | FOOD |
| NOTARY | PROPERTY OFF. | COMMISSARY |
| BANK OFFICER | MAIL OFFICER | CLASSIFICATION |
| MEDICAL | | DENTAL |
| COURT DATE | CHARGE(S) | BOND |
| CASE NUMBER | FINE | RELEASE DATE |
| OTHER | | |

**WRITE REQUEST HERE:**

Mrs. Salter or Mrs. James, Ma'am I Need more Law Library time now that the Honorable Judge David Hagerman said that I am (Pro Se). Please.

Respectfully Submitted　Jerry Clyde Schilling

Amor Vincit Omnia

**ACTION TAKEN:**　　**CONTROL #**

REC'D AUG 26 2016

OFFICER　　　　　　　　　　　　　　DATE

CFMT-5　GPC-0292　Rev. 8-96

# REQUEST FOR SERVICES     DATE August 26, 2016

CID # 0165895                DOB 22 April 1963

FROM: Jerry Clyde Schilling         LOCATION 59-C-41 cell
   PRINT YOUR NAME                       Floor/Tank/Pod/Cell

## TO:  CIRCLE THE PERSON TO WHOM THIS REQUEST IS MADE

Receiced 8/25/16

| | | |
|---|---|---|
| T.D.C. DESK | UNIT CAPTAIN | WATCH COMMANDER |
| CHAPLAIN | **(LAW LIBRARY)** | FOOD |
| NOTARY | PROPERTY OFF. | COMMISSARY |
| BANK OFFICER | MAIL OFFICER | CLASSIFICATION |
| MEDICAL | | DENTAL |
| COURT DATE | CHARGE(S) | BOND |
| CASE NUMBER | FINE | RELEASE DATE |
| OTHER | | |

**WRITE REQUEST HERE:**

Mrs. Salter or Mrs. James, Ma'am may I please be allowed to use the Law Library as soon as possible and as many times as possible? I'm Pro Se Now and Need as Much Time as Possible.

Thank You

Jerry Clyde Schilling        Amor Vincit Omnia

**ACTION TAKEN:**        **CONTROL #:**

REC'D AUG 26 2016

OFFICER                    DATE

CFMT-5  GPC-0292  Rev. 8-96

| REQUEST FOR SERVICES | DATE 19 August 2016 |
|---|---|
| CID # 0165895 | DOB 27 Apr 1963 |
| FROM: Jerry Clyde Schilling  PRINT YOUR NAME | LOCATION 61 - 0 - 01 S6B  Floor/Tank/Pod/Cell |

**TO:** CIRCLE THE PERSON TO WHOM THIS REQUEST IS MADE

| T.D.C. DESK | UNIT CAPTAIN | WATCH COMMANDER |
|---|---|---|
| CHAPLAIN | (LAW LIBRARY) | FOOD |
| NOTARY | PROPERTY OFF. | COMMISSARY |
| BANK OFFICER | MAIL OFFICER | CLASSIFICATION |
| MEDICAL |  | DENTAL |
| COURT DATE | CHARGE(S) | BOND |
| CASE NUMBER | FINE | RELEASE DATE |
| OTHER |  |  |

**WRITE REQUEST HERE:**

* Mrs. Salter or Mrs. James, May I Please Be Allowed To
* Use The Law Library As Soon As Possible? I'm Pro Se
* And Have Court On Tuesday 23rd August 2016.
* I Need As Much Time As Possible In Order To Prepare For
* Trial Ma'am.

Thank You Very Much.
Respectfully Submitted  Jerry Clyde Schilling
F.B.I.# 878270 EA4

**ACTION TAKEN:**   CONTROL #

Cannot attend due to housing
I'm Begging! Please help me, US Clerk.

**ANSWERED**
SEP 01 2016

OFFICER                              DATE
CFMT-5  GPC-0292  Rev. 8-96

Terry Clyde Schilling, FBI#878270E44
DO N. Lamar Street cept BR.58/3
Fort Worth, Texas 76196

**LEGAL MAIL**

Federal Courthouse
501 West 10th Street
Fort Worth, Texas 76102

2016 SEP 14  AM 10:08
CLERK OF COURT